# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MERRILL LYNCH PIERCE FENNER
AND SMITH, INCORPORATED,**

    **Plaintiff,**

v.                            Case No. 8:10-cv-409-T-30TBM

**PETER J WALSWORTH,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court has been advised by the Notice of Settlement and Motion to Dissolve Order and Dismiss Case (Dkt. 24) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that:

1. This cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.

2. The Court's Order of February 12, 2010 (Dkt. 20) is terminated as MOOT.

3. All pending motions, if any, are **DENIED** as moot.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 17, 2010.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-409.60-day dismissal.wpd